# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2016

## NO. 03-14-00441-CV

**Appellants, Reba A. Byrd, Individually and as Trustee of Reba Byrd Trust, and Charles Sampley// Cross-Appellants, Ali Mahrou and Gypsie Mahrou**

**v.**

**Appellees, Ali Mahrou and Gypsie Mahrou// Cross-Appellees, Reba A. Byrd, Individually and as Trustee of Reba Byrd Trust, and Charles Sampley**

### APPEAL FROM 424TH DISTRICT COURT OF BLANCO COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on June 2, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.